UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 10-01359-CJC (OP)            Date: September 27, 2010

Title: Alvino Joe Hernandez v. Aaron Wilkinson, et al.

---

|  | ☐ U.S. DISTRICT |
|---|---|
| **JUDGE PRESENT:** THE HONORABLE OSWALD PARADA | |
|  | ☒ MAGISTRATE JUDGE |

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
             NONE                                              NONE

**PROCEEDINGS:**   (IN CHAMBERS: ORDER TO SHOW CAUSE)

On March 3, 2010, Plaintiff filed a pro se Civil Rights Complaint pursuant to 42 U.S.C. § 1983.  (Dkt. No. 3.)  On May 6, 2010, the Court ordered service of the Complaint.  (Dkt. Nos. 8, 10.)  The Court ordered Plaintiff to file with the Clerk of Court a Notice of Submission indicating that all required documents have been submitted to the United States Marshal for service of the Complaint within thirty days from the date of the order. The Court further admonished Plaintiff that the failure to file the Notice of Submission within the time indicated would result in the action being dismissed without prejudice.  (Dkt. No. 8.)  To date, Plaintiff has failed to comply with the Court's order.

Accordingly, Plaintiff is ordered to show cause no later than October 22, 2010, why this case should not be dismissed for failure to prosecute. Filing of the Notice of Submission indicating that all required documents have been submitted to the United States Marshal for service of the Complaint shall be deemed compliance with this Order to Show Cause. Plaintiff's failure to file the Notice of Submission by October 22, 2010, shall result in the Court recommending that this action be dismissed for failure to prosecute.

The Clerk of Court is ordered to provide Plaintiff with the appropriate number of USM-285 forms with service of process instructions.

**IT IS SO ORDERED.**

cc:  All Parties of Record

                                                Initials of Deputy Clerk: jh-relief

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL