UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVINO HERNANDEZ, | ) | Case No. CV 10-1359-CJC (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| A. WILKINSON, et al., Warden, | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED  that Judgment be entered:  (1) accepting this Report and

2  Recommendation; and (2) granting Defendants' Motion for Summary Judgment; and

3  (3) directing that Judgment be entered dismissing the First Amended Complaint with

4  prejudice.

5

6

7  DATED: *July 25, 2012*

8                                        HONORABLE CORMAC J. CARNEY
                                         United States District Judge
9

10

11  Prepared by:

12

13

    HONORABLE OSWALD PARADA
14  United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2