- O - JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVINO HERNANDEZ, | ) | Case No. CV 10-1359-CJC (OP) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| A. WILKINSON, et al., Warden, | ) ) | |
| Defendants | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ADJUDGED that the First Amended Complaint is dismissed with prejudice.

DATED: July 25, 2012

HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge